UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
:
J.B., a minor, by and through his parent and :
natural guardian Tereia Duff, et al., on :
behalf of herself and all others similarly :
situated, :
:
               Plaintiffs, :
: 19-CV-0137 (LEK) (TWD)
:
     v. :
:
:
Onondaga County, et al. :
:
             Defendants. :

-------------------------------------------------------------x

## NOTICE OF JOINT MOTION FOR
## PRELIMINARY APPROVAL OF CLASS-ACTION SETTLEMENT, AND APPROVAL
## AND DISTRIBUTION OF THE NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that pursuant to Rule 23 of the Federal Rules of Civil Procedure, the plaintiffs and defendants will jointly move this Court, at 445 Broadway Street, Albany, New York, on a date and at a time set by the Court, to grant preliminary approval of the proposed settlement agreement attached as Exhibit 1 to this Notice; approve the form of the class notice, and direct the Defendants to provide notice to all class members; provide class members with thirty days after Notice is posted and served to comment on the proposed settlement as specified in the Notice; and set a date for a fairness hearing for final approval of the settlement.

Date:   October 28, 2019
        Syracuse, N.Y.

Respectfully submitted,

/s/Joshua Cotter	/s/ John E. Heisler Jr.
Joshua T. Cotter	John E. Heisler Jr.
Bar Number: 518217	Bar Number: 301476
Samuel C. Young	Onondaga County Department of Law
Bar Number: 508916	John H. Mulroy Civic Center, 10th Fl.
LEGAL SERVICES OF CENTRAL NEW YORK	421 Montgomery St.
221 S. Warren Street	Syracuse, New York 13202
Syracuse, New York 13202	Tel. (315)-435-2170
Tel: (315) 703-6500	johnheislerjr@ongov.net
jcotter@lscny.org
samyoung@lscny.org	*Attorney for Defendants*

*Attorneys for Plaintiffs*