UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
:
J.B., a minor, by and through his parent and
natural guardian Tereia Duff, et al., on
behalf of herself and all others similarly
situated,

                Plaintiffs,

                                       19-CV-0137 (LEK) (TWD)

    v.

Onondaga County, et al.

                Defendants.

-------------------------------------------------------------x

**NOTICE OF JOINT MOTION FOR**
**FINAL APPROVAL OF CLASS-ACTION SETTLEMENT**

      PLEASE TAKE NOTICE that pursuant to Rule 23 of the Federal Rules of Civil Procedure, upon the Plaintiffs' Memorandum of Law In Support of the Joint Motion for Final Approval of Class-Action Settlement and their supporting papers, the plaintiffs and defendants will jointly move this Court, at 445 Broadway Street, Albany, New York, on January 16, 2020 at 11 a.m., to grant final approval of the class-action Settlement Agreement.

Date:   January 8, 2020
        Syracuse, N.Y.

Respectfully submitted,

/s/Joshua Cotter
Joshua T. Cotter
Bar Number: 518217
Samuel C. Young
Bar Number: 508916
LEGAL SERVICES OF CENTRAL NEW YORK
221 S. Warren Street
Syracuse, New York 13202
Tel: (315) 703-6500
jcotter@lscny.org
samyoung@lscny.org

*Attorneys for Plaintiffs*

/s/ John E. Heisler Jr.
John E. Heisler Jr.
Bar Number: 301476
Onondaga County Department of Law
John H. Mulroy Civic Center, 10th Fl.
421 Montgomery St.
Syracuse, New York 13202
Tel. (315)-435-2170
johnheislerjr@ongov.net

*Attorney for Defendants*